IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                    No. 4:08CR00198 SWW

KRISTIAN NELSON

FINAL ORDER OF FORFEITURE

WHEREAS, on July 15, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

A. One Brazil K-Mart Corporation (manufactured by C.B.C.), 20 gauge shotgun, serial # 29-049897.
B. One Browning 12 gauge shotgun, serial # 113NN13175 loaded with two rounds of 12 gauge ammunition;
C. One Ruger, .22 caliber rifle, serial # 258-32020;
D. One Mossberg, 12 gauge shotgun, serial # UM591484;
E. One Norinco, 7.62 X 39, semi-automatic assault rifle, serial # KA3728 loaded with 20 rounds of 7.62 X 39 ammunition;
F. One Remington, 30-06 caliber bolt action rifle, serial # E36473788; and
G. One Remington 12 gauge shotgun, serial # 1120998V.

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 924(d) and  Title 21 U.S.C. § 853(a) .

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

A. One Brazil K-Mart Corporation (manufactured by C.B.C.), 20 gauge shotgun, serial # 29-049897.
B. One Browning 12 gauge shotgun, serial # 113NN13175 loaded with two rounds of 12 gauge ammunition;
C. One Ruger, .22 caliber rifle, serial # 258-32020;
D. One Mossberg, 12 gauge shotgun, serial # UM591484;
E. One Norinco, 7.62 X 39, semi-automatic assault rifle, serial # KA3728 loaded with 20 rounds of 7.62 X 39 ammunition;
F. One Remington, 30-06 caliber bolt action rifle, serial # E36473788; and
G. One Remington 12 gauge shotgun, serial # 1120998V.

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C. § 924(d) and Title 21, U.S.C. § 853(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 17th day of November, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE