```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                          NO. 4:07CR00106-001
                                4:08CR00198-001

KRISTIAN D. NELSON

## ORDER AMENDING JUDGMENT

IT IS ORDERED that the Judgment and Commitment be amended to reflect the total amount of the special assessment to be **$1,100.00 on pages 5 and 6 of the Judgment and Commitment filed February 5, 2009** and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 13th day of February 2009.

/s/Susan Webber Wright
United States District Judge